

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

## NO. WR-85,709-05

### IN RE JAMES DWAYNE HOISAGER, Relator

### ON APPLICATION FOR A WRIT OF MANDAMUS
### CAUSE NO. CR-32305A
### FROM MIDLAND COUNTY

*Per curiam*.

# O R D E R

Relator has filed a motion for leave to file a writ of mandamus pursuant to the original jurisdiction of this Court. In it, he contends that he filed an application for a writ of habeas corpus in Midland County and that the District Clerk has not timely forwarded his application to this Court or complied with Article 11.07, § 7 of the Code of Criminal Procedure.

Respondent, the District Clerk of Midland County, is ordered to file a response, which may be made by submitting the record on such habeas corpus application, submitting a copy of a timely filed order that designates issues to be investigated (*see McCree v. Hampton*, 824 S.W.2d 578, 579 (Tex. Crim. App. 1992)), or stating that Relator has not filed an application for a writ of habeas

corpus in Midland County in cause number CR-32305A. Should the response include an order designating issues, proof of the date the district attorney's office was served with the habeas application and that the 180-day time frame set out in TEX. R. APP. P. 73.4(b)(5) has not expired shall also be submitted with the response. Finally, Respondent shall state whether he has complied with Article 11.07, § 7 of the Code of Criminal Procedure. This application for leave to file a writ of mandamus shall be held in abeyance until Respondent has submitted the appropriate response. His response shall be submitted within 30 days of the date of this order.

Filed: October 9, 2019
Do not publish